1014

[No. 34964-3-I.   Division One.   April 15, 1996.]

ANTHONY S. KARUZA, D.P.M., *Appellant*, v. STEVE
CHANCE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for What-
com County, No. 94-2-00487-1, Michael F. Moynihan, J.,
entered July 22, 1994. *Affirmed* and *vacated* by unpub-
lished opinion per Coleman, J., concurred in by Kennedy,
A.C.J., and Cox, J.

[No. 35158-3-I.   Division One.   April 15, 1996.]

MAU DINH DUONG, *Appellant*, v. LENHI TRUONG, ET
AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 91-2-10094-2, Peter Jarvis, J., entered April 1,
1994. *Affirmed* by unpublished opinion per Coleman, J.,
concurred in by Baker, C.J., and Ellington, J.

[No. 35222-9-I.   Division One.   April 15, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOVIA
MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-101001-4, Brian D. Gain, J., entered
September 9, 1994. *Affirmed* by unpublished per curiam
opinion.

[No. 35259-8-I.   Division One.   April 15, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. EDDIE
BENNETT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-02560-7, Harriett M. Cody, J., entered
September 21, 1994. *Affirmed* by unpublished per curiam
opinion.